JONES, CHAIRMAN OF NAVAJO TRIBAL COUN-
CIL OF NAVAJO INDIAN TRIBE, *v.* HEALING,
CHAIRMAN OF HOPI COUNCIL OF HOPI
INDIAN TRIBE, ET AL.

No. 985.   Decided June 3, 1963.*

*Norman M. Littell* and *Frederick Bernays Wiener* for
appellant in No. 985 and for appellee Jones in No. 1050.

*John S. Boyden, Allen H. Tibbals* and *Bryant H. Croft*
for appellants in No. 1050 and for appellee Healing in
No. 985.

PER CURIAM.

The motion to substitute Raymond Nakai in the place
of Paul Jones as the party appellant in No. 985 and as a
party appellee in No. 1050 is granted.   The motion to
substitute Abbott Sekaquaptewa in the place of Dewey
Healing as a party appellee in No. 985 and as a party
appellant in No. 1050 is granted.   The motion to affirm
in No. 985 is granted and the judgment which is common
to both cases is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted and would decide the cases
only after argument.

---

*Together with No. 1050, *Healing, Chairman of Hopi Tribal Coun-
cil of Hopi Indian Tribe, et al.* v. *Jones, Chairman of Navajo Tribal
Council of Navajo Indian Tribe, et al.,* on appeal from the same
Court.